UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

ADMINISTRATIVE ORDER



IN RE:    ASSIGNMENT and REFERRAL
          to MAGISTRATE JUDGES
          of CIVIL ACTIONS ASSIGNED
          to JUDGE IRENE C. BERGER

In order to efficiently manage the civil cases assigned to the Honorable Irene

C. Berger, it is hereby **ORDERED** that the Standing Order entered January 4, 2016

be modified to provide that the following matters in which the Honorable Irene C.

Berger is the presiding judicial officer shall be referred to a United States

Magistrate Judge as follows:

- All discovery disputes in civil cases, including those which arise

  post-judgment (i.e. interrogatories in aid of execution, judgment debtor

  examinations, motions to compel answers to suggestions) are referred to the

  Honorable Omar J. Aboulhosn, United States Magistrate Judge;

- Actions in which all parties have consented to proceed before a magistrate

  judge upon the execution of a written Consent in accordance with 28 U.S.C.

  §636(c) and Fed. R. Civ. P. 7 are assigned to the Honorable Omar J.

  Aboulhosn, United States Magistrate Judge;

- As provided in the Standing Order, social security cases and habeas

  proceedings will continue to be referred on an equal rotational basis as the

  actions are filed without regard to the divisional office in which they are filed;

- All other civil actions by persons proceeding pro se, and that are not covered above, are referred for total pretrial management and submission of proposed findings of fact and recommendations for disposition are referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge.

- All other civil cases in which a defendant or defendants makes a pro se appearance following referral of discovery disputes to a magistrate judge, if the Honorable Irene C. Berger determines that the case be referred to a magistrate judge for pretrial management and submission of proposed findings of fact and conclusions of law, it shall be referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge.

This Administrative Order is effective for all cases assigned to the Honorable Irene C. Berger. The Clerk is directed to enter this Administrative Order and post it to the Court's website.

SO ORDERED this 12th day of November 2019.


IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA