IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

WOMEN'S HEALTH CENTER OF
WEST VIRGINIA, et al.,

      Plaintiffs,

v.              CIVIL ACTION NO.   2:23-cv-00079

ASHISH P. SHETH, et al.,

      Defendants.

**ORDER**

Upon review of the docket in this matter, the Court observes that the Plaintiffs have served the Defendants with the *Complaint* (Document 1), the *Plaintiffs' Motion for Preliminary Injunction* (Document 3), and the *Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction* (Document 10).  (*See* Documents 24, 25, and 26, reflecting service.)  Answers are due February 23, 2023.   The Defendants have not yet made appearances.

To ensure both that the motion for a preliminary injunction receives expedited consideration and that the Defendants have the opportunity to provide a detailed response, the Court **ORDERS** that the Defendants file a written response to the motion for a preliminary injunction, together with any supporting evidence, no later than **February 27, 2023**.   The Court further **ORDERS** that counsel for the Plaintiffs promptly serve this Order on the Defendants.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER: February 9, 2023

_____
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA