THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| WOMEN'S HEALTH CENTER OF WEST VIRGINIA, *on behalf of itself, its staff, and its patients*; and DR. JOHN DOE, *on behalf of himself and his patients*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ASHISH P. SHETH, *in his official capacity as President of the West Virginia Board of Medicine*; and MATTHEW CHRISTIANSEN, *in his official capacity as Secretary of the West Virginia Board of Medicine*,<br><br>*Defendants*,<br><br>and<br><br>THE STATE OF WEST VIRGINIA,<br><br>*Defendant-Intervenor*. | Civil Action No. 2:23-cv-00079<br><br>Hon. Irene C. Berger |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiffs hereby provide notice of their dismissal of this action, without prejudice.

As Plaintiffs' filings in this case have detailed, after the West Virginia Legislature enacted House Bill 302 in September 2022, it was impossible for Plaintiff the Women's Health Center of West Virginia ("WHC") and its primary physician, Plaintiff Dr. John Doe, to continue providing any abortion care in West Virginia. Plaintiffs therefore brought this action and filed a motion for preliminary injunction so that they could resume providing care.

However, due to intervening professional obligations, Dr. Doe has now determined that he will not be able to resume providing abortion care in West Virginia at this time. In addition, the

other physician who provided abortion care at WHC up to two half-days per month prior to HB 302, as described in Plaintiffs' filings, is now no longer available for that role. Although these developments have not necessarily rendered this case moot, *see, e.g.*, *City of Erie v. Pap's A.M.*, 529 U.S. 277, 287 (2000) (holding that an intent to resume a stated activity can be sufficient to demonstrate a live controversy), Plaintiffs have determined that it is in their best interests and the interests of judicial economy to voluntarily dismiss this case without prejudice at this time.

Dated: April 17, 2023

Respectfully submitted,

/s/ *Bren J. Pompino*
Bren J. Pomponio (WVSB Bar No. 7774)
MOUNTAIN STATE JUSTICE, INC.
1217 Quarrier Street
Charleston, WV 25301
Phone: (304) 344-3144
bren@msjlaw.org

Aubrey Sparks (WVSB No. 13469)
Nicholas Ward (WVSB No. 13703)
AMERICAN CIVIL LIBERTIES UNION OF WEST VIRGINIA FOUNDATION
P.O. Box 3952
Charleston, WV 25339-3952
Phone: (914) 393-4614
asparks@acluwv.org
nward@acluwv.org

Kathleen R. Hartnett*
Kathleen Goodhart*
Julie Veroff*
Reece Trevor*
Darina A. Shtrakhman*
K.C. Jaski*
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Phone: (415) 693-2000
khartnett@cooley.com
kgoodhart@cooley.com
jveroff@cooley.com
rtrevor@cooley.com
dshtrakhman@cooley.com
kjaski@cooley.com

Alexa Kolbi-Molinas*
Rachel Reeves*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2633
akolbi-molinas@aclu.org
rreeves@aclu.org

Angeline X. Chen*
COOLEY LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Phone: (202) 842-7800
axchen@cooley.com
*Admitted to practice in New York only*
*Not admitted to practice in Washington, DC; supervised by active members of the Washington, DC Bar*

Marc Suskin*
Patrick J. Hayden*
Michael Paul Bannon*
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Phone: (212) 479-6000
msuskin@cooley.com
phayden@cooley.com
mbannon@cooley.com

Alexander Robledo*
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Phone: (617) 937-2300
arobledo@cooley.com

*Attorneys for Plaintiffs*
*\* Visiting Attorneys*